380 A.2d 494

**COMMONWEALTH of Pennsylvania**

v.

**Dale Ronald PETERS, Appellant.**

Superior Court of Pennsylvania.

Submitted March 21, 1977.

Decided Dec. 2, 1977.

Edward F. Browne, Jr., Assistant Public Defender, Lancaster, for appellant.

Charles A. Achey, Jr., Assistant District Attorney and D. Richard Eckman, District Attorney, Lancaster, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

This case is remanded to the lower court for consideration of the issues raised by appellant in his Petition for Correction of Sentence and Reassessment of Costs. An appeal may

be taken by either party from the order of the lower court disposing of that petition.